No. 390. NEWLIN HAINES COMPANY *v.* EDWARD E. GROSSCUP, TRUSTEE, ETC. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward L. Katzenbach* and *Mr. D. Howard Evans* for petitioner. *Mr. Nathan Bilder* and *Mr. David H. Bilder* for respondent.

———

No. 403. KANSAS CITY MOTION PICTURE MACHINE OPERATORS, LOCAL No. 170, ET AL. *v.* JOHN E. HUGHES ET AL., ETC. Error to the Supreme Court of the State of Missouri. October 11, 1920. Petition for a writ of certiorari herein denied. *Mr. William J. Hughes* and *Mr. Joseph W. Folk,* for plaintiffs in error, in support of the petition. *Mr. J. W. Dana,* for defendants in error, in opposition to the petition.

———

No. 404. JAMES F. BISHOP, ADMINISTRATOR, ETC. *v.* FREDERICK A. DELANO ET AL., RECEIVERS OF THE WABASH RAILROAD COMPANY. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Fred W. Bentley* for petitioner. *Mr. Frederic D. McKenney* and *Mr. William Sherman Hay* for respondents.

———

No. 411. S. NAKANO *v.* UNITED STATES. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles R. Pierce* and *Mr. Marshall B. Woodworth* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Stewart* for the United States.